IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEMETRIUS DEMORYA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-1738-SMY-RJD |
| JOHN DOE 1, JOHN DOE 2, and JEFF DENNISON, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 25), recommending that this matter be dismissed for failure to prosecute. No objections have been filed to the Report. For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that Plaintiff has failed to prosecute this matter. The Court finds no clear error in Judge Daly's findings, analysis and conclusions, and adopts her Report and Recommendation in its entirety. Accordingly, this matter is **DISMISSED with prejudice**. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: October 7, 2019

STACI M. YANDLE
United States District Judge